# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMIR,<br><br>　　　　　Defendant. | Case No.  1:26-cv-00133-FRS (BAM) (PC)<br><br>ORDER FOR PLAINTIFF TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Keith Thomas ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was initiated on January 8, 2026. (ECF No. 1.)

Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  The Clerk of the Court shall send to Plaintiff the attached **non-prisoner** application to proceed *in forma pauperis*;

2.  Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis* for a **non-prisoner**, completed and signed, or in the alternative, pay the $405.00 filing fee for this action; and

///

1

3. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **January 13, 2026**          /s/ *Barbara A. McAuliffe*  _
                                        UNITED STATES MAGISTRATE JUDGE