# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, | Case No.  1:26-cv-00133-FRS (BAM) (PC) |
|        Plaintiff, | ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
|   v. | |
| AMIR, | (ECF No. 5) |
|        Defendant. | |

Plaintiff Keith Thomas ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on January 8, 2026.  (ECF No. 1.)  On January 13, 2026, the Court ordered Plaintiff to submit a non-prisoner application to proceed in forma pauperis or pay the $405.00 filing fee for this action.  (ECF No. 4.)  Plaintiff submitted a motion to proceed in forma pauperis on February 5, 2026.  (ECF No. 5.)

Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis, (ECF No. 5), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:    **February 9, 2026**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1